# Court of Appeals
# of the State of Georgia

ATLANTA,  November 22, 2022

*The Court of Appeals hereby passes the following order:*

## A23I0093. HAKEEM ROSS v. THE STATE.

Hakeem Ross was originally charged with two counts of malice murder. Ross was granted a bond on the charges. The State subsequently indicted Ross with one count of malice murder, two counts of felony murder, and other charges. Ross filed a motion for bond on the newly indicted counts. The trial court denied the motion, and Ross filed this application for interlocutory appeal. We, however, lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (b), (c), and (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019).

Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  11/22/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.